# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDA FAUX, o/b/o J.F.,** | : | CIVIL ACTION NO. 3:17-CV-1377 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 20th day of June, 2018, upon consideration of Plaintiff's Motion (Doc. 17) for Attorney's Fees Under the Equal Access to Justice Act and the Defendant's Response thereto, it is hereby, ORDERED that Plaintiff is awarded three thousand, two hundred and forty dollars ($3,240.00) under the Equal Access to Justice Act ("EAJA"). The awarded attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania